■ MELISSA LAZAR, Respondent, v BARRY D. LAZAR, Appellant. [38 NYS3d 474]—Appeal from an order of the Supreme Court, Erie County (Patrick H. NeMoyer, J.), entered March 25, 2015. The order, among other things, modified the amount of monthly maintenance to be paid by defendant.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Smith, J.P., Carni, Lindley, DeJoseph and Scudder, JJ.